# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv31

| | |
|---|---|
| ROBIN BRIGHT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| HENNING AND ASSOCIATES, INC.; ) | |
| and MARK HENNING, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Remove to State Court. Plaintiff is advised that, having filed her action in federal court originally, it is not possible "to remove" or remand the action to state court. Plaintiff is advised that Rule 41(a), Federal Rules of Civil Procedure, provides her with the ability to take a voluntary dismissal of this action only before a defendant files a responsive pleading. Plaintiff is advised, however, that such a dismissal may not be without consequence as Rule 41(a)(1)(A)(ii) specifically advises:

> **(B) Effect.** Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Rule 41(a)(1)(A)(ii). Plaintiff is also advised that the one year extension provided for

-1-

voluntary dismissals under state law may not be applicable where such dismissal was taken in federal court. In short, plaintiff is advised to seek the advice of counsel as valuable legal rights may be at stake.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Remove to State Court (#7) is **DENIED** as non-justiciable.

Signed: March 15, 2010

Dennis L. Howell
United States Magistrate Judge